**No. 54295.**—Endo Products, Inc., et al. v. United States, protests 144035–K, etc. (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question consists of sheep gall or ox gall the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 54296.**—Toa Kigyo Corp. v. United States, protests 82685–K, etc. (Philadelphia).

Opinion by COLE, J. When the protests were called for hearing there was no appearance by plaintiff and the court directed that an order of submission be entered. Following *T. M. Duche & Sons, Inc.* v. *United States* (18 Cust. Ct. 25, C. D. 1040), affirmed in *Same* v. *Same* (36 C. C. P. A. 19, C. A. D. 391), the protests were overruled.

**No. 54297.**—R. C. Williams & Co., Inc. v. United States, protest 155758–K (New York).

Opinion by COLE, J. An examination of the official record disclosing nothing to disturb the decision of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE SECOND DIVISION, MAY 2, 1950

**No. 54298.**—W. T. Grant Company v. United States, protest 545816–G (Boston).

Opinion by RAO, J. The protest was dismissed.